FILED

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

SEP 07 2022

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 1:22cr60 |
| LUIS R. NUNEZ, | Violations:  18 U.S.C. § 1791(a)(2) |
| Defendant. | 18 U.S.C. § 1791(b)(1) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Attempt to Obtain a Prohibited Object (Narcotic))

On or about April 12, 2022, in Gilmer County, in the Northern District of West Virginia, defendant **LUIS R. NUNEZ**, an inmate in the custody of the Bureau of Prisons at the Federal Correctional Institution Gilmer, attempted to obtain a prohibited object, that is, suboxone, a schedule III narcotic controlled substance, without the knowledge and consent of the warden of said facility, in violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(b)(1).

A true bill,

/s/
Grand Jury Foreperson

/s/
William Ihlenfeld
United States Attorney

Christopher L. Bauer
Assistant United States Attorney