AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __West Virginia__

UNITED STATES OF AMERICA

V.

Luis R. Nunez

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 1:22cr60

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_Tom S Kleeh_
Signature of Judge

| Thomas S. Kleeh | Chief District Judge |
|---|---|
| Name of Judge | Title of Judge |

11/16/2022
Date